# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-22-00799-CV
NO. 03-22-00800-CV

**In re Jason Eric Lenderman**

ORIGINAL PROCEEDING FROM BELL COUNTY

# M E M O R A N D U M   O P I N I O N

The petitions for writ of mandamus are denied. *See* Tex. R. App. P. 52.8(a).[1]

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Filed: December 30, 2022

---

[1] "Under Texas law, the sole method for a collateral attack on a felony conviction is through an application for a writ of habeas corpus." *In re Harrison*, 187 S.W.3d 199, 200 (Tex. App.—Texarkana 2006, orig. proceeding); *see* Tex. Code Crim. Proc. art. 11.07 § 3 (providing that post-conviction applications for writs of habeas corpus, for felony cases in which death penalty was not assessed, must be filed in court of original conviction and made returnable to the Texas Court of Criminal Appeals).